**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 309 WAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JONATHAN C. HELD | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: TRIB TOTAL MEDIA, LLC | : | |
| AND RICH CHOLODOFSKY | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of March, 2021, the Petition for Allowance of Appeal is

**DENIED**.